01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                                      )
Linda Louise Braxton                          )
                                                                )
                                                                )
                                                                )  Case No. 14-10200
                                                                )
Debtor(s)                                            )  Chapter 13

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:    Amended Schedule E, G, B, C

I (We), <u>Linda Louise Braxton</u> and _____, the undersigned individual(s), hereby declare under penalty of perjury that I (we) have reviewed the <u>Amended Schedule</u> E, G, B, C being filed simultaneously with this Declaration and that the information therein is true and correct.

Linda Louise Braxton
Printed or Typed Name of Debtor or Other Person          Printed or Typed Name of Joint Debtor

*[signature]*
Signature of Debtor or Other Person                               Signature of Joint Debtor

5-21-2014
Date                                                                                        Date

Client# 610781